Gondephe, P

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

KEITHLEY BARTHLEY,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, and P.O.s "JOHN DOE" # 1-10,
Individually and in their Official Capacities, (the name "Jon
Doe" being fictitious, as the true names are presently
unknown),

                                  Defendants.
--------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-5195 (PGG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

[SECTION INTENTIONALLY LEFT BLANK]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
         3|14         , 2016

THE LAW OFFICES OF JON L. NORINSBERG
*Attorneys for Plaintiff*
225 Broadway, Suite 2700
New York, NY 10007

By: _____
    John Meehan
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Suzanne E. Aribakan
    *Senior Counsel*

SO ORDERED:

_____
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

Dated: March 14, 2016

2